| | |
|---|---|
| 1 | WESTON & McELVAIN LLP |
| 2 | Randy M. McElvain (State Bar No. 137046)<br>Christopher D. Lee (State Bar No. 280738) |
| 3 | 601 S. Figueroa St., Suite 2350<br>Los Angeles, California 90017 |
| 4 | Telephone:  (213) 596-8000<br>Facsimile:   (213) 596-8039 |
| 5 | E-mail:      rmcelvain@wmattorneys.com<br>                  clee@wmattorneys.com |
| 6 | Attorneys for Defendants |
| 7 | THE TRAVELERS INDEMNITY COMPANY and<br>TRAVELERS PROPERTY CASUALTY COMPANY |
| 8 | OF AMERICA |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | KIM L. RYAN, an individual | CASE NO. 2:13-CV-00607-JAM-KJN<br>Assigned to: Hon. John A. Mendez |
| 12 | Plaintiff, | |
| 13 | | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN TWENTY-EIGHT (28) DAYS (L.R. 144)** |
| 14 | vs. | |
| 15 | THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 30, inclusive, | |
| 18 | Defendants. | Action Filed: December 21, 2012<br>Action Removed: March 29, 2013<br>Current Response Date: April 5, 2013<br>New Response Date: May 3, 2013 |

    IT IS HEREBY STIPULATED, by and between Plaintiff Kim L. Ryan

("Plaintiff") and Defendants The Travelers Indemnity Company and Travelers

Property Casualty Company of America (collectively "Travelers"), by and through

their respective counsel, that:

-1- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## **RECITALS**

1. The current due date for Travelers to file their responsive pleading to Plaintiff's Complaint is April 5, 2013.

2. On April 2, 2013, counsel for each party agreed to an extension for Travelers' to file and serve its response to Plaintiff's Complaint. The parties agreed that Travelers' initial responsive pleading shall be filed and served on or before May 3, 2013.

## **STIPULATION**

It is hereby stipulated by the parties that Defendants The Travelers Indemnity Company and Travelers Property Casualty Company of America shall file and serve their responsive pleading in this action on or before May 3, 2013.

Dated: April 2, 2013        WESTON & McELVAIN LLP

By: _____
Randy M. McElvain
Christopher D. Lee
Attorneys for Defendants,
THE TRAVELERS INDEMNITY COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: April ____, 2013        POSWALL, WHITE & CUTLER

By: _____
R. Parker White
Attorney for Plaintiff,
KIM L. RYAN

**IT IS SO ORDERED**

Date: 4/4/2013                    /s/ John A. Mendez___
                                  Hon. John A. Mendez

-2- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT