WESTON & McELVAIN LLP
Randy M. McElvain (State Bar No. 137046)
Christopher D. Lee (State Bar No. 280738)
601 S. Figueroa St., Suite 2350
Los Angeles, California 90017
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
E-mail:      rmcelvain@wmattorneys.com
             clee@wmattorneys.com

Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY and
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM L. RYAN, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:13-CV-00607-JAM-KJN<br>Assigned to: Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN TWENTY-EIGHT (28) DAYS (L.R. 144)**<br><br>Action Filed: December 21, 2012<br>Action Removed: March 29, 2013<br>Current Response Date: April 5, 2013<br>New Response Date: May 3, 2013 |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Kim L. Ryan ("Plaintiff") and Defendants The Travelers Indemnity Company and Travelers Property Casualty Company of America (collectively "Travelers"), by and through their respective counsel, that:

-1- STIPULATION TO EXTEND TIME TO RESPOND TO COMPALINT

# RECITALS

1. The current due date for Travelers to file their responsive pleading to Plaintiff's Complaint is April 5, 2013.

2. On April 2, 2013, counsel for each party agreed to an extension for Travelers' to file and serve its response to Plaintiff's Complaint. The parties agreed that Travelers' initial responsive pleading shall be filed and served on or before May 3, 2013.

# STIPULATION

It is hereby stipulated by the parties that Defendants The Travelers Indemnity Company and Travelers Property Casualty Company of America shall file and serve their responsive pleading in this action on or before May 3, 2013.

Dated: April 2, 2013                WESTON & McELVAIN LLP

                                    By: _____
                                    Randy M. McElvain
                                    Christopher D. Lee
                                    Attorneys for Defendants,
                                    THE TRAVELERS INDEMNITY
                                    COMPANY and TRAVELERS
                                    PROPERTY CASUALTY COMPANY
                                    OF AMERICA

Dated: April ____, 2013             POSWALL, WHITE & CUTLER

                                    By: _____
                                    R. Parker White
                                    Attorney for Plaintiff,
                                    KIM L. RYAN

**IT IS SO ORDERED**

Date:  4/4/2013                     /s/ John A. Mendez___
                                    Hon. John A. Mendez

-2- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT